IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.**11-po-1163-BNB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    **MICHAEL BEACHAM**

    Defendant.

## MINUTE ORDER

| | |
|---|---|
| Pursuant to the directions of **U.S. Magistrate Judge Boland** | Nicole Cappelletty , Deputy Clerk **January 17, 2012** |

    Upon review of defense counsel's "Notice of Disposition and Unopposed Motion to vacate Motions Hearing,"

    **IT IS HEREBY ORDERED**: The case shall be reset to the rotating petty offense docket for a Disposition Hearing on 02/10/2012 at 10:00 am before Magistrate Judge Kathleen Tafoya in the Rogers Courthouse, Courtroom C201.